# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ALEJANDRO A. MANZO,<br>        #96342 | )<br>) | |
| Plaintiff, | ) | 2:10-cv-01002-KJD-LRL |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| BRIAN WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

On June 24, 2010, the court received an application to proceed *in forma pauperis* from plaintiff (docket #1) as well as a motion for appointment of counsel (docket #2). However, plaintiff failed to include a civil rights complaint or a petition for writ of habeas corpus. The application to proceed in forma pauperis is, by itself, insufficient to initiate an action in this court. The court advises plaintiff that the Local Rules require plaintiffs appearing in *pro se*, such as this plaintiff, to file all of their complaints and petitions on the court's approved forms. LSR 2-1("[a] civil rights complaint filed by a person who is not represented by counsel shall be on the form provided by this court.").

**IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** to plaintiff the approved forms for filing a civil rights lawsuits under 42 U.S.C. §1983.

**IT IS FURTHER ORDERED** that the Clerk shall send to plaintiff a blank petition for

1  writ of *habeas corpus* form with instructions.

2  **IT IS FURTHER ORDERED** that within **thirty (30)** days from the date of entry of this

3  order, plaintiff **SHALL FILE** either a completed and signed complaint or petition for writ of *habeas*

4  *corpus*. Plaintiff's failure to do so may result in the immediate dismissal of the entire action.

DATED this 30th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE