# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALEJANDRO A. MANZO,

     Plaintiff,               Case No. 2:10-CV-1002-KJD-LRL

v.                           **ORDER**

BRIAN WILLIAMS,

     Defendant.

On August 30, 2010, Magistrate Judge Lawrence R. Leavitt ordered Plaintiff to file a civil rights complaint or petition for writ of habeas corpus (#3) within thirty (30) days. Plaintiff had filed an application to proceed *in forma pauperis* and a motion for appointment of counsel without a complaint. Plaintiff has failed to take any action of record since, and the time allowed by the magistrate for filing a complaint or petition has passed.

Accordingly, IT IS HEREBY ORDERED that this action is **DISMISSED.**

DATED this 5th day of October 2010.

_____

Kent J. Dawson
United States District Judge